**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | | |
|---|---|---|
| ALAN DOUGLAS, | ) | Case No. CV 20-07524-RSWL(AS) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| SUPERIOR COURT OF CALIFORNIA FOR LOS ANGELES COUNTY, | ) | |
| Respondent. | ) | |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 8/21/2020

s/ RONALD S.W. LEW
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE